# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MRS. KAREN M. DETER, AN ADULT INDIVIDUAL; AND MRS. DIANE GRESOCK, AN ADULT INDIVIDUAL, | : No. 118 WAL 2020 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioners | : from the Order of the |
| | : Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| BOROUGH OF SYKESVILLE, A | : |
| PENNSYLVANIA MUNICIPALITY, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.